

**null / ALL**
**Transmittal Number: 23179881**
**Date Processed: 05/11/2021**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Walgreens Distribution<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | Walgreen Co.<br>Entity ID Number  0501431 |
| **Entity Served:** | Walgreen Co |
| **Title of Action:** | Precious Price vs. Walgreen Co. |
| **Matter Name/ID:** | Precious Price vs. Walgreen Co. (11218749) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Broward County Circuit Court, FL |
| **Case/Reference No:** | Not Shown |
| **Jurisdiction Served:** | Florida |
| **Date Served on CSC:** | 05/10/2021 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Daniel Drazen<br>954-951-0000 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

"COMPOSITE -EXHIBIT A"

Case Number: CACE-21-009134 Division: 02

Filing # 126196377 E-Filed 05/05/2021 10:53:30 AM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

PRECIOUS PRICE,

      Plaintiff,

CASE NO.:

vs.

WALGREEN CO.,

      Defendant.

_____/

MAY 1 0 2021

## SUMMONS

THE STATE OF FLORIDA
TO ALL AND SINGULAR THE SHERIFFS OF SAID STATE:

**YOU ARE HEREBY COMMANDED** to serve this Summons and a copy of the Complaint, in this action on Defendant:

**BY SERVING:**

      **WALGREEN CO.**

      **Registered Agent**
      PRENTICE-HALL CORPORATION SYSTEM, INC.
      1201 Hays Street
      Suite 105
      Tallahassee, FL 32301

## IMPORTANT

      A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

      If you choose to file a written response yourself, at the same time you file your written response to the court, you must also must mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN,  CLERK 05/05/2021 10:53:26 AM.****

**Plaintiff/Plaintiff's Attorney:**

DANIEL DRAZEN, ESQUIRE
THE INJURY FIRM
1608 E. COMMERCIAL BLVD.
FORT LAUDERDALE, FL 33334
(954) 951-0000

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:

You are hereby commanded to serve this Summons and a copy of the Complaint, in this action on Defendant:

DATED: _____ MAY 07 2021 _____

Brenda D. Forman
As Clerk of Said Court

By: _____
As Deputy Clerk

**BRENDA D. FORMAN**

2

## IMPORTANTE

Usted ha sido demandado legalmente.  Tiene veinte (20) dias, contados a partir del recibo de esta notificacion, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefonica no lo protegera.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el numero del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podria ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, usted puede consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guia telefonica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presente su respuesta ante el tribunal, usted debe enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandate o Abogado sel Demanadante)

## IMPORTANT

Des poursuites judiciaries ont ete entreprises contre vous. Vous avez 20 jours consecutifs a partir de la date de l'assignation de cette citation pour deposer une reponse ecrite a la plainte ci-jointe aupres de ce tribunal. Un simple coup de telephone est insuffisant pour vous proteger; vous etes obliges de deposer votre reponse ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas votre reponse ecrite dans le delai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service de reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nomme ci-dessous.

Filing # 126196377 E-Filed 05/05/2021 10:53:30 AM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

PRECIOUS PRICE,

       Plaintiff,

CASE NO.:

vs.

WALGREEN CO.,

       Defendant.

_____/

## COMPLAINT FOR DAMAGES AND DEMAND FOR TRIAL BY JURY

COMES NOW, the Plaintiff, PRECIOUS PRICE, by and through counsel, hereby sues the Defendant, WALGREEN CO., and alleges the following:

1. This is an action for damages in excess of $30,000.00, exclusive of attorney's fees and costs.

2. At all times material hereto, the Plaintiff, PRECIOUS PRICE, resided in Broward County, Florida and is otherwise *sui juris.*

3. At all times material hereto, the Defendant, WALGREEN CO., was/is a foreign corporation, authorized to do business and doing business throughout the State of Florida, including Broward County, Florida.

4. On or about December 7, 2019, the Defendant, WALGREEN CO., owned, possessed, operated, maintained, and/or controlled the premises located at 2104 W Oakland Park Blvd., Oakland Park, FL 33311.

5. On or about December 7, 2019, the Plaintiff, PRECIOUS PRICE, was on said premises as a business guest/invitee of the Defendant, WALGREEN CO..

1

6. As the Plaintiff was walking toward the register, she slipped and fell on liquid on the floor, sustaining serious injuries.

7. The existence of the liquid on the floor created an unreasonably dangerous and unsafe condition.

8. The Defendant, WALGREEN CO., its employees, agents, and/or apparent agents had actual or constructive notice of the existence of the liquid on the floor.

9. The Defendant, WALGREEN CO., owed the Plaintiff, PRECIOUS PRICE, a non-delegable duty to use reasonable care in the maintenance of its premises.

10. On December 7, 2019, the Defendant, WALGREEN CO., was negligent and failed to use reasonable care in one or more of the following ways:

   a. Failing to maintain the premises in a reasonably safe condition;

   b. Allowing the premises to become dangerous, defective, and/or unsafe;

   c. Creating a slipping hazard for the Plaintiff and other, similar invitees, that it knew or should have known existed;

   d. Failing to restrict access to the subject area that contained the dangerous condition that it knew or should have known existed;

   e. Failing to warn the Plaintiff of the dangerous condition that it knew or should have known existed;

   f. Failing to correct the dangerous condition that it knew or should have known existed; and

   g. Failing to adequately train and supervise its employees and/or agents to locate and remedy such hazards at the subject property.

11. As a direct and proximate result of the negligence described above, the Defendant, WALGREEN CO., caused or contributed to cause injuries and damages to the Plaintiff, PRECIOUS PRICE, which include bodily injury and disability, emotional and physical pain and suffering, loss of capacity for the enjoyment of life, loss of wages in the past and future, the loss of the ability to earn wages in the future, and the expense of medical care and treatment in the past and future. The losses aforesaid are either permanent or continuing in nature, and the Plaintiff, PRECIOUS PRICE, will continue to suffer such losses in the future.

**WHEREFORE**, the Plaintiff, PRECIOUS PRICE, demands judgment for compensatory damages against the Defendants, WALGREEN CO., for damages in excess of thirty thousand dollars ($30,000.00), as well as costs, pre-judgment interest where applicable, compensatory damages, and demands a trial by jury on all issues so triable as a matter of right.

DATED this 4th day of May 2021.

**[SIGNATURE BLOCK ON FOLLOWING PAGE]**

Respectfully Submitted,

**THE INJURY FIRM**
By: /s/ Daniel Drazen
DANIEL DRAZEN, ESQUIRE
Fla. Bar No. 115454
1608 E. Commercial Blvd.
Fort Lauderdale, FL 33334
Telephone: 954-951-0000
Fax Number:  954-951-1000
Primary Email: eservice2@flinjuryfirm.com

*Attorneys for Plaintiff*

4

Filing # 126196377 E-Filed 05/05/2021 10:53:30 AM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

PRECIOUS PRICE,

        CASE NO.:

    Plaintiff,

vs.

WALGREEN CO.,

    Defendant.

_____/

### PLAINTIFF'S NOTICE OF SERVICE OF INTERROGATORIES
### TO DEFENDANT, WALGREEN CO.

**COMES NOW** the Plaintiff, PRECIOUS PRICE (hereinafter "Plaintiff"), by and through counsel, and propounds the attached Interrogatories upon Defendant, WALGREEN CO. to be answered under oath within forty-five (45) days in accordance with the applicable Florida Rules of Civil Procedure.

**I HEREBY CERTIFY** that the original Notice of Service of Interrogatories was served on the Defendant with the Summons and Complaint.

        Respectfully Submitted,

        **THE INJURY FIRM**
        By: /s/ Daniel Drazen
        DANIEL DRAZEN, ESQUIRE
        Fla. Bar No. 115454
        1608 E. Commercial Blvd.
        Fort Lauderdale, FL 33334
        Telephone: 954-951-0000
        Fax Number: 954-951-1000
        Primary Email: eservice2@flinjuryfirm.com

        *Attorneys for Plaintiff*

1

## FIRST SET OF STANDARD INTERROGATORIES

NOTE:     *WHEN USED IN THESE QUESTIONS, THE TERM "DEFENDANT" OR ANY SYNONYM THEREOF, IS INTENDED TO AND SHALL EMBRACE AND INCLUDE IN ADDITION TO EACH AND EVERY DEFENDANT ADDRESSEE IN THE CAUSE, KNOWLEDGE OR INFORMATION OF ALL COUNSEL FOR DEFENDANT, AND ALL AGENTS, SERVANTS, EMPLOYEES, REPRESENTATIVES, PRIVATE INVESTIGATORS AND OTHERS WHO ARE IN POSSESSION OF OR MAY HAVE OBTAINED INFORMATION FOR OR ON BEHALF OF THE DEFENDANT.*

1.  What is the name and address of the person answering these interrogatories, and if other than the party to which they are directed, the proper legal name and address of that party and your official position or relationship with that party?

2.  Describe any and all policies of insurance which you contend cover or may cover you for the allegations set forth in Plaintiff(s)' Complaint, detailing as to such policies: the name of the insurer, number of the policy, the effective dates of the policy, the available limits of liability and the name and address of the custodian of the policy.

    Name of Insurer:

    Policy Number:

    Limits of Liability:

    Custodian of Policy (Name and Address):

3. Describe in detail how the incident described in the Complaint happened, including all actions taken by you to prevent the incident.

4. Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question:

5. State the facts upon which you rely for each affirmative defense in your Answer.

3

6. Other than this incident has any person reported tripping and/or falling where this incident occurred during the one-year period prior to the date of this incident and/or during the one-year period subsequent to the date of this incident? If so, as to each such reported slip and/or trip and/or fall incident, please provide: the date of each such incident, a brief description of each incident, the type of surface on which the person slipped and/or tripped and/or fell, a brief description of the injuries suffered by any person in each incident, and whether any incident referred to has resulted in a claim and/or lawsuit, and the civil number and description of the disposition of each claim

7. Do you contend that any person or entity other than you is, or may be, liable in whole or in part for the claims asserted against you in this lawsuit?  If so, state the full name and address of each such person or entity, the legal basis for your contention, the facts, or evidence upon which your contention is based, and whether or not you have notified each such person or entity of your contention.

    Name/Address:      Legal Basis:      Facts:      Notified:

8. If you claim that the violation of any statute, rule, regulation or ordinance is a factor in this litigation, state the exact title and section of said statute, rule, regulation or ordinance, and explain the nature of its relevance.

9. List the names and addresses of all persons who are believed or known by you, your agents or attorneys to have any knowledge concerning any of the issues in this lawsuit and specify the subject matter about which the witness has knowledge.

<u>Name:</u>                    <u>Address:</u>                              <u>Subject Matter:</u>

10. Before this incident, did you receive any reports and/or complaints with regard to the area where this incident occurred? If so, please state: the date of such complaint and/or report, whether or not you have maintained any documentary material of any kind or nature relating or referring to such complaints and/or reports, and what action, if any, was taken by you with respect to such complaint and/or report

11. Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit?  If so, state the name and address of each person who made the statement or statements, the name and address of each person who heard it, and the date, time, place and substance of the statement.

     Yes:_____                    No:

     Name and address of person(s) making statement(s):

12. Do you intend to call any expert witnesses at the trial of this case?  If so, state as to each such witness the name and business address of the witness, the witness' qualifications as an expert, the subject matter upon which he/she is expected to testify, the substance of the facts and opinions to which he/she is expected to testify, and a summary of the grounds for each opinion.

     Yes:_____                    No:

     Name and Address:

     Qualifications:

     Subject matter:

     Substance of facts and opinions:

     Summary of the grounds of each opinion:

13. Have you made an agreement with anyone that would limit that party's liability to anyone for any of the damages sued upon in this case? If so, state the terms of the agreement and the parties to it.

     Yes:_____          No:

     Terms of the agreement:

14. Please state if you have ever been a party, either Plaintiff or Defendant, in a lawsuit other than the present matter, and if so state whether you were a Plaintiff or Defendant, the nature of the action, and the date and court in which such suit was filed.

     Yes:_____          No:

| Plaintiff or Defendant | Nature of Action | Date | Court |
| --- | --- | --- | --- |

15. As of the date of this incident, did the named defendant hire any other individual or entity to assist with maintenance or care of the area where this incident occurred? If so, please state: the name and address of each individual or entity, a general description of the functions and/or duties of each entity.

7

16. If any photographs, sketches, reproductions, charts or maps exist with respect to anything that is relevant to the subject matter of the complaint, state the name and address of every person known to you, your agents or attorneys who has knowledge about, or possession, custody or control of any model, plat, map, drawing, motion picture, video tape or photograph pertaining to any fact or issue involved in this controversy, and describe as to each, what such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

  Name/Address:                Description:                            Date:

17. Does the defendant have possession of any photographs, videotapes, moving pictures, incident reports or surveillance reports of the plaintiff at any time after the incident? If so, please attach a copy of same to these interrogatories, and state the date, time and place that same were taken.

18. On the date of this incident did you have a system or routine of any kind whereby the area where this incident occurred was inspected and/or maintained? If so, please state:

   a.  a general description of such system or routine,
   b.  the name address, and particular duties of each person directly involved in such system or routine of inspection and/or maintenance in the general area where this incident occurred as of the date of this incident,
   c.  the name title, address, and particular duties of each person responsible for the general supervision of the operation of such system or routine as of the date of this incident,
   d.  the date on which such system or routine went into effect, and
   e.  whether or not such system is presently in effect.

8

19. Have you, your agents or attorneys taken a statement (whether written, stenographic, mechanical, electrical, videotaped, or other recording or transcription) from any person with knowledge of any issue related to the accident or incident that is the subject matter of this lawsuit?  If so, for each statement state the name of the person who made it, the name and address of the person who took the statement, the date the statement was obtained and/or made, the manner in which this statement was recorded (written, recording device, court reporter, or the like), and the name and address of each person who has possession or custody of the statement or a copy thereof.

     Yes:_____          No:

     Name and address of person who made statement:

     Name and address of person who took statement:

     Date of statement:

     Manner recorded:

     Name and address of custodian:

20. For any documents which are claimed to be work product or attorney-client privileged in your response to the Request to Produce that accompanies these interrogatories; please describe each document with sufficient detail and specificity for the Court to make an informed decision on the propriety of your objection or privilege assertion. Include the date authored, author, title, and current custodian of the document, names and addresses.

STATE OF FLORIDA            )

                           ) ss.

COUNTY OF                  )


I, _____, on behalf of __, being duly sworn, deposes and says that the attached Answers to Interrogatories are true and correct to the best of its knowledge, information and belief.


**SWORN TO AND SUBSCRIBED** before me on this _____ day of _____, 20___.


                    _____

                    NOTARY PUBLIC

My Commission Expires:

10

Filing # 126196377 E-Filed 05/05/2021 10:53:30 AM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

PRECIOUS PRICE,

        Plaintiff,

vs.

WALGREEN CO.,

        Defendant.

CASE NO.:

_____/

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
## TO DEFENDANT, WALGREEN CO.

The Plaintiff, PRECIOUS PRICE, (hereinafter "Plaintiff"), through counsel, and pursuant to Rule 1.350 of the Florida Rules of Civil Procedure, hereby request the Defendant, WALGREEN CO., (hereinafter "Defendant"), to produce the following for inspection and/or copying within and in support thereof, would show that the requested items are within the scope of discovery as set forth in Rule 1.280(b) and that the materials requested are in the possession, custody and control of the party to whom the request is directed, and that such items are necessary for the Plaintiff to properly prepare her case:

(Definition: Incident refers to the fall sustained by the Plaintiff on December 7, 2019)

1.    Any and all statements, whether written, taped, stenographically recorded, or videotaped of the Plaintiff.

2.    Any and all statements, whether written, taped, stenographically recorded or videotaped from any person or potential witness regarding the facts of this lawsuit, or in the alternative, the names and addresses of all persons from whom statements were taken.

3.     Any and all incident reports, or other papers describing the incident in the possession, custody and/or control of the Defendant, its agents or attorneys (each lettered paragraph requires a separate response):

    a.     Reflecting statements made by Plaintiff;

    b.     That was or were prepared in the ordinary course of any of Defendant's businesses.

4.     Any and all documents referencing the Plaintiff, in the possession, custody, or control of the Defendant.

5.     Any and all electronic mail referencing the Plaintiff, in the possession, custody, or control of the Defendant.

6.     Any and all of your licenses to do business as of the date of the incident described in the Complaint.

7.     Any and all of your fictitious name affidavits showing the name or name of the entity that does business at the premises where the incident described in the Complaint occurred.

8.     The declaration page(s) or face sheet(s) showing the dollar amount of coverage for any and all insurance policies that cover or may cover Defendant for the damages sustained by Plaintiff in the incident described in the Complaint.  If there is no declarations page, please provide the entire policy.

9.     Copies of any and all sweep sheets, maintenance records, or other documents detailing the times that the area of the incident was maintained within 24 hours of the incident described in the Complaint.

2

10. Any and all policies and procedures, employee manuals, employee handbooks, or other documentation detailing the requirements for maintenance of the premises in question.

11. Any and all training materials regarding the maintenance of the premises in question.

12. Any and all videos or digitally recorded information recorded on the date of the incident, by and all cameras/recording devices located at the premises in question.

13. Any and all videos or photographs depicting the Plaintiff.

14. Any and all photographs depicting the condition of the area where Plaintiff fell.

15. All documents identifying all prior similar slip and falls and/or trip and falls occurring at the subject location where it was alleged or determined that any employee or invitee of the Defendant fell.  This request is limited to the three (3) years prior to the subject incident.

16. If you claim a third party may be liable in whole or in part for the injuries of the Plaintiff, please provide any and all documents supporting this contention.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon the Defendant, WALGREEN CO. with the Summons and Complaint.

**[Signature block on next page]**

3

Respectfully Submitted,

**THE INJURY FIRM**
By: /s/ Daniel Drazen
DANIEL DRAZEN, ESQUIRE
Fla. Bar No. 115454
1608 E. Commercial Blvd.
Fort Lauderdale, FL 33334
Telephone: 954-951-0000
Fax Number:  954-951-1000
Primary Email: eservice2@flinjuryfirm.com

*Attorneys for Plaintiff*

4

Filing # 126196377 E-Filed 05/05/2021 10:53:30 AM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

PRECIOUS PRICE,

        Plaintiff,

CASE NO.:

vs.

WALGREEN CO.,

        Defendant.

_____/

## PLAINTIFFS' REQUEST FOR ADMISSIONS TO DEFENDANT, WALGREEN, CO.

Pursuant to Rule 1.370, Florida Rules of Civil Procedure Civil Procedure, Plaintiff, PRECIOUS PRICE (hereinafter "Plaintiff"), request Defendant, WALGREEN CO. (hereinafter "Defendant"), to admit in writing the truth of the matters set forth below:

1. The entity named as the Defendant in the Complaint herein is properly named.

2. On December 7, 2019, the Defendant was the owner of the premises where the Plaintiff has alleged she was injured.

3. On December 7, 2019, the Defendant was responsible for maintaining the premises where the Plaintiff has alleged she was injured.

4. On December 7, 2019, the Defendant was in control of the premises where the Plaintiff has alleged she was injured.

5. On December 7, 2019, the Defendant was in possession of the premises where the Plaintiff has alleged she was injured.

1

6.  On December 7, 2019, no individual or entity other than the Defendant had any ownership interest, possession, custody, or control over the premises where the Plaintiff has alleged she was injured.

7.  Jurisdiction as alleged in the Complaint is proper.

8.  On December 7, 2019, the Plaintiff was a business invitee upon the Defendant's premises.

9.  The Defendant or the Defendant's employees failed to maintain the premises in a reasonably safe condition.

10. The Defendant or Defendant's employees failed to warn the Plaintiff of the existence of an unreasonably dangerous condition that existed on the premises.

11. The Defendant or Defendant's employees were negligent in failing to maintain the premises in a reasonably safe condition.

12. The Plaintiff was injured as a result of the Defendant's negligence or the negligence of Defendant's employees.

13. There are no third parties responsible for any of the injuries sustained by the Plaintiff herein.

14. Plaintiff was not responsible for her own injuries.

15. Defendant utilizes surveillance cameras on the premises where the subject incident occurred.

16. Defendant is in possession of surveillance video that captured the area where the Plaintiff fell.

17. Defendant is in possession of surveillance video that shows the May 10, 2019 incident alleged herein involving the Plaintiff.

2

18.    Defendant was, at one time, in possession of surveillance video that shows the December 7, 2019 incident alleged herein involving the Plaintiff.

19.    Defendant follows a policy or procedure directing employees to locate and preserve video surveillance for the one (1) hour period before and the one (1) hour period after a claimed injury has occurred on its premises.

20.    On December 7, 2019, the Defendant and/or Defendant's employees/agents were made aware of Plaintiff's fall and injuries.

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon the Defendant, WALGREEN CO., with the Summons and Complaint.

Respectfully Submitted,

**THE INJURY FIRM**
By: /s/ Daniel Drazen
DANIEL DRAZEN, ESQUIRE
Fla. Bar No. 115454
1608 E. Commercial Blvd.
Fort Lauderdale, FL 33334
Telephone: 954-951-0000
Fax Number:  954-951-1000
Primary Email: eservice2@flinjuryfirm.com

*Attorney for Plaintiff*

3

Filing # 126196377 E-Filed 05/05/2021 10:53:30 AM

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.   CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>   COUNTY, FLORIDA

<u>Precious Price</u>
Plaintiff

Case # _____
Judge _____

vs.
<u>Walgreen Co.</u>
Defendant

**II.   AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

**III.   TYPE OF CASE**   (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

- 2 -

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

   <u>1</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Daniel Drazen</u>        Fla. Bar # <u>115454</u>
      Attorney or party              (Bar # if attorney)

<u>Daniel Drazen</u>        <u>05/05/2021</u>
 (type or print name)        Date

Filing # 126545784 E-Filed 05/11/2021 09:57:25 AM

## VERIFIED RETURN OF SERVICE

| State of Florida | County of Broward | Circuit Court |
|---|---|---|

Case Number: CACE 21-009134 02

Plaintiff:
**PRECIOUS PRICE**

vs.

Defendant:
**WALGREEN CO**



For:
Daniel Drazen, Esq.
The Injury Firm
1608 E. Commercial Blvd.
Fort Lauderdale, FL 3334

Received by BURKE INVESTIGATIVE PROCESS SERVICES INC on the 7th day of May, 2021 at 1:40 pm to be served on **WALGREEN CO BY SERVING REGISTERED AGENT PRENTICE-HALL CORPORATION SYSTEM INC, 1201 HAYS STREET, SUITE 105, TALLAHASSEE, FL 32301.**

I, Christopher S. Kady, do hereby affirm that on the **10th day of May, 2021 at 11:20 am,** I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the Summons, Complaint for Damages and Demand for Jury Trial, Request for Admissions, Request for Production, Notice of Service of Interrogatories, Interrogatories and Civil Cover Sheet with the date and hour of service endorsed thereon by me, to: Ronnie Long as Service Liaison authorized to accept service, of the within named corporation, at the address of: **1201 Hays Street, Tallahassee, FL 32301-2525** on behalf of **WALGREEN CO BY SERVING REGISTERED AGENT PRENTICE-HALL CORPORATION SYSTEM INC,** and informed said person of the contents therein, in compliance with state statutes.

Description of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'7", Weight: 140, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.                                        "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525. NOTARY NOT REQUIRED PURSUANT TO FS 92.525

Christopher S. Kady
Process Server #237

BURKE INVESTIGATIVE PROCESS SERVICES INC
**7200 West Camino Real
Suite 102
Boca Raton, FL 33433**
(954) 514-0116

Our Job Serial Number: BII-2021005485

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1z